IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

Luke Randall

                              Chapter 13 No. 16-30973

       Debtor

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

      Comes Mortgage Corporation of the South, by and through counsel, a creditor in this case, and objections to confirmation of debtor's Chapter 13 Plan, and for grounds states the following:

      1. Mortgage Corporation of the South holds a claim against debtor, secured by a 2001 Ford Windstar and a 1977 Ford F100 pickup.

      2. That debtor has grossly undervalued said collateral in his Chapter 13 plan as $3,300.00 collectively.

      3. The 1977 Ford F100 pickup is a fully restored antique and has a NADA retail value of $16,100.

      4. The 2001 Ford Windstar has a NADA Retail value of $2,575.00.

      5. Debtor's plan is not filed in good faith.

Dated: April 27, 2016

                                                  /s/ Earl Gillian, Jr.
                                                _____

                                                Earl Gillian, Jr. (ASB-9586-172e)
                                                Attorney for Debtor
                                                1 Commerce Street, Suite 630
                                                Montgomery, Alabama 36104
                                                (334) 263-2306

Certificate of Service

I hereby certify that on this date I have served a copy of the foregoing Objection to Confirmation as follows:

By CM/ECF

    Curtis C. Reding, Trustee
    Attorney for Debtor

By first class mail, postage prepaid:

    Debtor

Dated: April 27, 2016
                                        /s/ Earl Gillian, Jr.
                                        _____