UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 16-30973-DHW
                                             Chapter 13
LUKE RANDALL,

       Debtor.

# ORDER DENYING CONFIRMATION
# AND CONDITIONALLY DISMISSING BANKRUPTCY CASE

The Chapter 13 plan filed by the debtor came on for confirmation hearing on August 15, 2016. Mortgage Corporation of the South objected to confirmation. For the reasons stated from the bench in open court, it is

ORDERED that the creditor's objection to confirmation is SUSTAINED and confirmation of the plan is DENIED. It is further

ORDERED that that this bankruptcy case is DISMISSED effective **14 days** from the date of this order unless the debtor amends the plan to value the 1977 Ford F100 at $3,400.00 and the 2001 Ford Windstar at $3,300.

Done this 15th day of August, 2016.

/s/ Dwight A. Williams, Jr.
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Earl Gillian, Attorney for Mortgage Corp. of the South
      Curtis C. Reding, Trustee
      All Creditors