# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                            Case No. 16–30973
Chapter 13

Luke Randall

    Debtor

## ORDER

Order Rescheduling Confirmation Hearing. Entered On 9/14/2016. Confirmation hearing to be held on 10/17/2016 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Done this 14th day of September, 2016.

Dwight H. Williams Jr.
United States Bankruptcy Judge